UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CLARENCE LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) CAUSE NO. 2:16-CV-129 RLM-PRC |
| | ) |
| CAMERON ABERNATHY, JR. and | ) |
| CARGO TRANSPORTERS, INC., | ) |
| | ) |
| Defendants | ) |

OPINION and ORDER

The court has the obligation to inquire into its own subject matter jurisdiction. Craig v. Ontario Corp., 543 F.3d 872, 875 (7th Cir. 2008); Thomas v. Guardsmark, LLC, 487 F.3d 531 (7th Cir. 2007). To establish diversity jurisdiction under 28 U.S.C. § 1332, the plaintiffs must show the citizenship of each party as of the date the complaint was filed. Thomas v. Guardsmark, LLC, 487 F.3d at 534; Dausch v. Rykse, 9 F.3d 1244, 1245 (7th Cir. 1993). They haven't met that burden.

The complaint alleges that, "at all time relevant," two of the three named plaintiffs, Clarence Lewis and Frances Lewis (deceased), were residents of Indiana; defendant Cameron Abernathy, Jr. was a resident of North Caroline, and defendant Cargo Transporters, Inc.'s principal place of business was in Claremont, North Carolina. Although the third plaintiff, Roxanne Lewis, is identified as the Personal Representative of Mrs. Lewis's Estate, the complaint doesn't make any allegation regarding her citizenship. These allegations are insufficient.

The "citizenship" of an individual depends on domicile, not residence, Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012). A corporation is a

citizen of both the state in which it is incorporated and the state in which it has its principal place of business, and the legal representative of an estate is a citizen "of the same State as the decedent." 18 U.S.C. § 1332(c).

Although the complaint is subject to dismissal for those reasons, *see* Thomas v. Guardsmark, LLC, 487 F.3d 531, 534 (7th Cir. 2007), the court instead affords the plaintiff fourteen days from the date of this order within which to remedy the jurisdictional deficiencies by filing an amended complaint.

SO ORDERED.

ENTERED:   April 19, 2016

/s/ Robert L. Miller, Jr.
Judge, United States District Court